PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Carlo Pedemonte                                           Cr.: 2:07cr0039-001
                                                                            PACTS #: 47838

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman, Sr.U.S.D.J.

Date of Original Sentence: 07/02/07

Original Offense: Conspiracy to Embezzle, Steal and Convert Money or a Thing of Value of the United States

Original Sentence: twelve (12) months imprisonment; to be followed by 3 years supervised release

Type of Supervision: Supervised Release                   Date Supervision Commenced: 09/23/08

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On February 20, 2010, the Paterson Police Department responded to the offender's address, 27 Wayne Avenue, Paterson, New Jersey, on a report of a domestic dispute. The offender's domestic partner, Angelica Montero, informed officers the offender came home intoxicated and started an argument with her after he took a shower. When she refused to argue with him, he got upset and pulled her hair and struck her with a closed fist behind her right leg. The offender was arrested for simple assault. Ms. Montero refused an immediate restraining order and refused medical treatment. |
| 2 | The offender was arrested by law enforcement on February 20, 2010, and did not report law enforcement contact to his probation officer until March 8, 2010, at which time the undersigned confronted him with the information regarding his arrest. |

U.S. Probation Officer Action:

Prior to the offender's arrest, the Probation Office referred the offender to the District of New Jersey Domestic Violence STOP program, which he was unable to attend due to his work schedule. As a result, he has registered for domestic violence/anger management session with Options, a counseling program located in Paterson, New Jersey.

PROB 12A - Page 2
Carlo Pedemonte

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 04/07/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other

*No action at this time*

_____
Signature of Judicial Officer

4/22/10
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

April 12, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

Andrea Louis-Walker, Deputy-In-Charge
U.S. District Court Clerk's Office
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101-0419

> **RE:   Carlo Pedemonte**
> **Dkt. No. 2:07CR0039-001**
> **Request for Reassignment**

Dear Ms. Louis-Walker:

On July 2, 2007, Mr. Pedemonte was sentenced by the Honorable Harold A. Ackerman, United States District Judge, to 12 months Imprisonment to be followed by a three (3) year term of supervised release for the offense of Conspiracy to Embezzle, Steal, Convert Money or a Thing of Value of the United States.

Inasmuch, Mr. Pedemonte has violated the conditions of his supervised release, we kindly request that your office reassign this matter for judicial administration. Please forward the enclosed letter and related materials to the newly assigned Judge and advise this office of said assignment.

Please contact the undersigned officer at (973) 357-4085, if there are any questions regarding this case and in all matters of mutual interest.

Sincerely,

By: Patrick T. Hattersley
U.S. Probation Officer

Enclosure(s)

RECEIVED
APR 1 4 2010
AT 8:30
WILLIAM T.         , CLERK

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

April 7, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Harold A. Ackerman,
Senior United States District Judge
Martin Luther King Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

> RE: PEDEMONTE, Carlo
> Dkt. #: 2:07cr0039-01
> **Report on Offender Under Supervision**

Dear Judge Ackerman:

The above listed offender was sentenced by Your Honor for Conspiracy to Embezzle, Steal, Convert Money or a Thing of Value of the United States on July 2, 2007, to twelve (12) months imprisonment followed by three (3) years supervised release. The following special conditions were also ordered: to cooperate with Immigration and Customs Enforcement; participate in an anger management program; and cooperate in the collection of DNA.

The offender was released from custody on September 23, 2008, and was detained by Immigration and Customs Enforcement. He was released from their custody on December 3, 2008, and supervision began the same day. He resides with his family in a multi-family building in Paterson, New Jersey. He is employed by a staffing agency and assigned to an Estee Lauder warehouse in Oakland, New Jersey. The offender has been generally compliant with the conditions of his supervised release. He has struggled to support his family finanically, and is seeking secondary employment to further provide for his family.

The purpose of this letter is to inform Your Honor the offender was arrested on February 20, 2010, and charged with simple assault- domestic violence. The offender was involved in an incident which involved his wife and he is alleged to have pulled her hair and punched the back of her leg. Additionally, the offender failed to notify the probation office of his law enforcement contact until March 8, 2010, well past the allotted seventy-two (72) hours to notify of law enforcement contact.

The matter remains pending in Paterson Municipal Court and a hearing date is scheduled for April 22, 2010. In the meantime, the offender has begun domestic violence/anger management counseling sessions with Options, a treatment program in Paterson, New Jersey. It is recommended that no action be taken pending the outcome of this matter in municipal court. If the offender is either found guilty or pleads guilty, the undersigned will notify the Court and seek punitive measures from the Court.

The Honorable Harold A. Ackerman,
Page 2
April 7, 2010

    If Your Honor requests an alternative action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

                            Respectfully submitted,

                            CHRISTOPHER MALONEY, Chief
                            U.S. Probation Officer

                            By: Patrick T. Hattersley,
                            U.S. Probation Officer

The Honorable Harold A. Ackerman,
Page 2
April 7, 2010

If Your Honor requests an alternative action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.