PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Carlo Pedemonte  **Docket Number:** 07-00039-001
**PACTS Number:** 47838

**Name of Sentencing Judicial Officer:** The Honorable Harold A. Ackerman
Senior United States District Judge
**Name of New Judicial Officer:** The Honorable Stanley R. Chesler
United States District Judge

**Date of Original Sentence:** 07/02/2007

**Original Offense:** Conspiracy to Embezzle, Steal, and Convert Money or a Thing of Value of the United States

**Original Sentence:** 12 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 12/03/08

**Assistant U.S. Attorney:** Erez Lieberman, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Maria Noto - Retained, 746 Highway 34, Matawan, New Jersey 07747 (732) 441-9546

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the standard supervision condition which states "**The defendant shall not illegally possess a controlled substance.**"<br><br>On June 14, 2010, September 14, 2010 and May 31, 2011, the offender tested positive for cocaine. In each instance, the offender signed an admission form admitting to his drug usage. |
| 2 | The offender has violated the special supervision condition which states "**The defendant shall pay a fine of $3,000.00**".<br><br>To date, the offender has not submitted any payments towards his court imposed fine. |

PROB 12C - Page 2
Carlo Pedemonte

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 7/6/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 8/4/2011 @ 11:00 AM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7/27/2011
Date