UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-CR-39-01 (SRC) |
| v. | |
| CARLO PEDEMONTE, | Hon. Stanley R. Chesler, U.S.D.J. |
| Defendant | [PROPOSED] ORDER |

This matter having been brought before the Court on the petition of the United States Probation Office (Patrick T. Hattersley, United States Probation Officer, appearing) and Paul J. Fishman, United States Attorney for the District of New Jersey (Seth B. Kosto, Assistant United States Attorney, appearing) alleging that defendant Pedemonte on certain dates alleged in the petition violated a previously imposed condition of supervised release that he refrain from the possession and use of illegal drugs; and

Defendant Pedemonte, represented by Assistant Federal Public Defender Kevin Carlucci, having knowingly, intelligently and voluntarily agreed to plead guilty to Count 1 of the petition; and

Defendant Pedemonte having admitted to facts sufficient to constitute a violation of Count 1 of the petition;

It is, for the reasons stated open Court on this 4 day of August 2011 hereby **ORDERED** that:

Defendant's Pedemonte's previously imposed term of supervised release is hereby **REVOKED**;

1

Defendant Pedemonte is committed to the custody of the United States Marshals Service for a term of one (1) day;

Upon release from custody, defendant Pedemonte shall serve an additional term of supervised release of twelve months;

All previously imposed conditions of supervised release shall remain in effect, including defendant Pedemonte's obligation to pay a fine of $3,000; and

As a special condition of supervised release, defendant Pedemonte shall participate in drug treatment and testing at the discretion and direction of the United States Probation Office.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

August ___, 2011
Newark, New Jersey