# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

CARLO PEDEMONTE

Defendant.

Case Number    2:07cr39(SRC)(1)

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, CARLO PEDEMONTE, was represented by Kevin Carlucci, AFPD.

Violation number 2 has been dismissed.

The defendant admitted guilt to violation number(s) 1 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | THE DEFENDANT SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE |

As pronounced on 8/4/2011, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 7/6/2007 remain in full force and effect, if not already paid.

Signed this the  4  day of AUGUST, 2011.

STANLEY R. CHESLER
United States District Judge

Defendant:      CARLO PEDEMONTE
Case Number:    2:07cr39(SRC)(1)

## IMPRISONMENT

It is ordered and adjudged that the previously imposed term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 1 day.

The defendant is remanded to the custody of the United States Marshal.

Defendant's Pedemonte's previously imposed term of supervised release is hereby **REVOKED**;

Defendant Pedemonte is committed to the custody of the United States Marshals Service for a term of one (1) day;

Upon release from custody, defendant Pedemonte shall serve an additional term of supervised release of twelve months;

All previously imposed conditions of supervised release shall remain in effect, including defendant Pedemonte's obligation to pay a fine of $3,000; and

As a special condition of supervised release, defendant Pedemonte shall participate in drug treatment and testing at the discretion and direction of the United States Probation Office

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal